Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Straitline Well Services LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 2** – **4 1 5 6 0 4 5** |

| | | |
|---|---|---|
| **4. Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | **17115 San Pedro Ave**<br>Number        Street | Number        Street |
| | **San Antonio, TX 78232-2687**<br>City                     State     ZIP Code | City                     State     ZIP Code |
| | **Bexar**<br>County | **Location of principal assets, if different from principal place of business** |
| | | Number        Street |
| | | City                     State     ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Straitline Well Services LLC**                              Case number *(if known)* _____
_____
            Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❏ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❏ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

❏    Tax-exempt entity (as described in 26 U.S.C. §501)

❏    Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏    Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ___ ___ ___

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ❏    Chapter 7 |
| | ❏    Chapter 9 |
| | ☑    Chapter 11. *Check all that apply:* |

       ❏  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

       ❏  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ❏  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ❏  A plan is being filed with this petition.

       ❏  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ❏  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ❏  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏    Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes.  District _____  When _____  Case number _____<br>                                                    MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                                    MM / DD / YYYY<br>        Case number, if known _____ |

Debtor     **Straitline Well Services LLC**                                     Case number *(if known)* _____
                Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐  It needs to be physically secured or protected from the weather.<br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐  Other _____<br>**Where is the property?** _____<br>  Number     Street<br>  _____<br>  City          State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency  _____<br>       Contact name  _____<br>       Phone  _____ |

| **Statistical and administrative information** |
|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99   ☐ 1,000-5,000 ☐ 5,001-10,000   ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor     __**Straitline Well Services LLC**__                              Case number *(if known)* _____
           Name

| 16. Estimated liabilities | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __**03/17/2025**__
                    MM/  DD/  YYYY

**X**  __**/s/ Jonathan Robinson**__                    __**Jonathan Robinson**__
       Signature of authorized representative of debtor              Printed name

Title     __**Manager**__

**18. Signature of attorney**

**X**  _____**/s/ Morris E. "Trey" White, III**_____     Date  __**03/17/2025**__
       Signature of attorney for debtor                                    MM/  DD/  YYYY

__**Morris E. "Trey" White, III**__
Printed name

__**Villa & White LLP**__
Firm name

__**100 NE Loop 410 Suite 615**__
Number          Street

__**San Antonio**__                              __**TX**__     __**78216**__
City                                                        State     ZIP Code

__**(210) 225-4500**__                            __**treywhite@villawhite.com**__
Contact phone                                      Email address

__**24003162**__                                 __**TX**__
Bar number                                        State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Straitline Well Services LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 Mainstreet<br>22980 Shaw Rd<br>Sterling, VA 20166-9446 | | | | | | $6,000,000.00 |
| 2 Enterprise<br>1505 Harry Wurzbach Rd<br>San Antonio, TX 78209-6001 | | | | | | $201,246.58 |
| 3 Sage Pump Services<br>Po Box 736162<br>Dallas, TX 75373-6162 | | | | | | $124,703.90 |
| 4 Gary Moy<br>Po Box 98<br>Falls City, TX 78113-0098 | | | | | | $105,438.60 |
| 5 National Tank & Equipment<br>Po Box 649832<br>Dallas, TX 75264-9832 | | | | | | $98,394.86 |
| 6 Wisdom Pumps LLC<br>Po Box 200567<br>San Antonio, TX 78220-0567 | | | | | | $96,094.81 |
| 7 Trifecta Water Transfer Rental LLC.<br>Po Box 870<br>Colorado City, TX 79512-0870 | | | | | | $77,985.77 |
| 8 Coastal Pump & Equipment<br>Po Box 1227<br>Broussard, LA 70518-1227 | | | | | | $74,040.26 |

Debtor    **Straitline Well Services LLC**                                        Case number *(if known)* _____
            _____
            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | South Texas Water Concepts<br>4126 Cliff Oaks St<br>San Antonio, TX 78229-3535 | | | | | | $68,249.60 |
| 10 | Geisbrecht Farms<br>Po Box 427<br>Pecos, TX 79772-0427 | | | | | | $65,192.72 |
| 11 | Xylem Dewatering Solutions, Inc.<br>26717 Newtowk Place<br>Chicago, IL 60673-1267 | | | | | | $60,368.26 |
| 12 | Sunbelt Rentals<br>Po Box 409211<br>Atlanta, GA 30384-9211 | | | | | | $54,565.04 |
| 13 | ATR Fluid Solutions<br>5465 Legacy Dr Ste 650<br>Plano, TX 75024-4171 | | | | | | $54,139.45 |
| 14 | Normco Pump & Power, LLC<br>1530 North Harrison 282<br>Shawnee, OK 74804 | | | | | | $50,662.82 |
| 15 | Bob Koricanek<br>Po Box 582<br>Yorktown, TX 78164-0582 | | | | | | $42,000.00 |
| 16 | Jackie R. Simpson<br>14714 Santa Gertrudis Dr<br>Corp Christi, TX 78410-5800 | | | | | | $42,000.00 |
| 17 | Triumph Distribution<br>12203 W County Road 129<br>Odessa, TX 79765-9418 | | | | | | $38,698.71 |
| 18 | Buckeye Water, LLC<br>777 North Eldridge Parkway STE 450<br>Houston, TX 77079 | | | | | | $36,586.20 |
| 19 | TLR Energy Services Inc<br>122 County Road 3341<br>Paradise, TX 76073-2404 | | | | | | $36,581.43 |
| 20 | Swan Lake Rental<br>3396 Swan Lake Rd<br>Bossier City, LA 71111-7304 | | | | | | $24,061.60 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**      Straitline Well Services LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................... **$0.00**

   Prior to the filing of this statement I have received ...................................................... **$25,000.00**

   Balance Due ................................................................................................................. **($25,000.00)**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border: 1px solid black; padding: 20px;">

CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/17/2025** | **/s/ Morris E. "Trey" White, III** |
|---|---|
| *Date* | Morris E. "Trey" White, III |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 24003162
Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216
Phone: (210) 225-4500

</div>

**Villa & White LLP**

*Name of law firm*

</div>

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Straitline Well Services LLC**                                    CASE NO

                                                                            CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **03/17/2025**        Signature                        **/s/ Jonathan Robinson**

                                                        Jonathan Robinson, Manager

Adler Resources, LLC
220 Nw 33rd St
Oklahoma City, OK 73118-8614

Alliant Insurance Services,
Inc.
Po Box 8377
Pasadena, CA 91109-8377

ATR Fluid Solutions
5465 Legacy Dr Ste 650
Plano, TX 75024-4171

Bob Koricanek
Po Box 582
Yorktown, TX 78164-0582

Buckeye Water, LLC
777 North Eldridge Parkway STE 450
Houston, TX 77079

Cimarron Chiropractic
Po Box 96
Perkins, OK 74059-0096

City of Odessa
Po Box 2552
Odessa, TX 79760-2552

Coastal Pump & Equipment
Po Box 1227
Broussard, LA 70518-1227

Cross Country Infrastructure
Services USA
Po Box 647003
Dallas, TX 75264-6003


Cummins Sales and Service
Po Box 18385
San Antonio, TX 78218-0385


D&C Backhoe Services
Po Box 80714
Midland, TX 79708-0714


Deep Technologies
115 Sugar Peak Ct
Montgomery, TX 77316-2177


Diamond M. Field Services LLC
3168 N Highway 37 Access
Three Rivers, TX 78071-2509


DISA Global Solutions, INC
Po Box 123731
Dallas, TX 75312-3731


Enterprise
1505 Harry Wurzbach Rd
San Antonio, TX 78209-6001


Enverus Inc.
Po Box 735594
Dallas, TX 75373-5594

Falls City Cattle Co., LLC
2752 2nd St
Pleasanton, TX 78064-6755


Fischer-Bush Equipment
2692 Madison Rd Ste N1 Pmb 411
Cincinnati, OH 45208-1320


Gary Moy
Po Box 98
Falls City, TX 78113-0098


Geisbrecht Farms
Po Box 427
Pecos, TX 79772-0427


Hydroline, LLC
4713 Hazel Jones Rd
Bossier City, LA 71111-5351


Jackie R. Simpson
14714 Santa Gertrudis Dr
Corp Christi, TX 78410-5800


Joey Robinson.
1608 County Road 322
De Berry, TX 75639-2680


JV Steel
Po Box 445
Tilden, TX 78072-0445

K-Worth Enterprises
1716 Yale Ave
Big Spring, TX 79720-3419


Mainstreet
22980 Shaw Rd
Sterling, VA 20166-9446


Marisa D Mims
1020 Highway 90
Weimar, TX 78962-4402


Matthew S. Cire
Andrews Myers, P.C.
1885 St. James Place 15th Floor
Houston, TX 77056


Merit Water Services
Po Box 13366
Odessa, TX 79768-3366


Midland Carriers
Po Box 1225
Edmond, OK 73083-1225


Moffitt Services
Po Box 4820
Houston, TX 77210-4820


Monos Logistics, LLC
Monos Logistics, LLC

National Tank & Equipment
Po Box 649832
Dallas, TX 75264-9832


Normco Pump & Power, LLC
1530 North Harrison 282
Shawnee, OK 74804


Pecos River Services
Po Box 80122
Midland, TX 79708-0122


Reliable Source
Transportation
120 Pearson Moss Ln
Laredo, TX 78045-3630


Roto-Versal Compression
Services, LLC
Po Box 841035
Houston, TX 77284-1035


RWC Material LLC
Po Box 366
Cotulla, TX 78014-0366


Sage Pump Services
Po Box 736162
Dallas, TX 75373-6162


Sendero Sales & Rentals
122 County Road 3341
Paradise, TX 76073-2404

South Texas Water Concepts
4126 Cliff Oaks St
San Antonio, TX 78229-3535

Steven Mack Stoeltje
301 County Road 384
Bartlett, TX 76511-4265

Straitline Rentals
17115 San Pedro Ave Ste 320
San Antonio, TX 78232

Sunbelt Rentals
Po Box 409211
Atlanta, GA 30384-9211

Swan Lake Rental
3396 Swan Lake Rd
Bossier City, LA 71111-7304

Tech Online 247
6303 Balky St
San Antonio, TX 78240-3102

TLR Energy Services Inc
122 County Road 3341
Paradise, TX 76073-2404

Traditions Energy Land
Consultants LLC
2325 Appellation
New Braunfels, TX 78132-2775

Travis J Baros
26710 Harmony Hls
San Antonio, TX 78260-5567

Travis J Baros, CPA
17115 San Pedro Ave Ste 320
San Antonio, TX 78232-2687

Trifecta Water Transfer
Rental LLC.
Po Box 870
Colorado City, TX 79512-0870

Triumph Distribution
12203 W County Road 129
Odessa, TX 79765-9418

United Rentals
Po Box 840514
Dallas, TX 75284-0514

Veriforce
Po Box 843429
Dallas, TX 75284-3429

Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216

Wisdom Pumps LLC
Po Box 200567
San Antonio, TX 78220-0567

XTL Products
5150 Broadway # 414 Pmb 414
San Antonio, TX 78209-5710


Xylem Dewatering Solutions,
Inc.
26717 Newtowk Place
Chicago, IL 60673-1267